Mary E. Bacon, Esq. (Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: (702) 408-3400
Email: mbacon@spencerfane.com
*Attorneys for Defendant USAA Federal Savings Bank,*
*Incorrectly named as USAA Bank/Credit Card Services*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT COX,<br><br>                    Plaintiff,<br><br>        v.<br><br>USAA   BANK   /   CREDIT   CARD<br>SERVICES,<br><br>                    Defendants. | **Case No.:** 2:21-cv-01056-GMN-EJY<br><br>**STIPULATION AND ORDER TO<br>DISMISS WITH PREJUDICE** |

Brett Cox ("Plaintiff"), pro se, and Defendant USAA Federal Savings Bank, Incorrectly named as USAA Bank/Credit Card Services, through its counsel Mary Bacon of the law office of Spencer Fane LLP, hereby represent and stipulate as follows: Plaintiff and Defendant hereby stipulate and agree to dismiss Plaintiff's complaint in its entirety *with prejudice*. Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

45388.1

Dated:       December 9, 2021
**SPENCER FANE LLP**

___/s/ Mary Bacon_____
Mary E. Bacon, Esq.
(NV Bar No. 12686)
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorney for Defendant*

Dated: December 6, 2021

/s/ Brett Cox_____
Brett Cox
513 Dragon Gate Court
Henderson, NV 89012
*Plaintiff, Pro Se*

## ORDER

**IT IS SO ORDERED.**

Dated this __13__ day of December, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

45388.1